COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:           Kelvin Clandus Johnson v. The State of Texas

Appellate case numbers:    01-16-00548-CR

Trial court case numbers:    1482451

Trial court:                            230th District Court of Harris County

On September 20, 2016, this case was abated and remanded to the trial court to appoint appellate counsel. On October 13, 2016, although no supplemental clerk's record has been filed yet, a hearing record was filed in this Court for the abatement hearing held that day in which, among other things, the trial court appointed Doug Durham as appellant's appellate counsel.

Accordingly, the Court sua sponte directs the Clerk of this Court to **REINSTATE** this case on the Court's active docket, to **dismiss as moot** appellant's September 6, 2016 motion to appoint counsel, to remove appellant as his own counsel, and to designate Doug Durham as appellant's appellate counsel.

Because the clerk's record was filed in this Court on August 29, 2016, and the reporter's record was filed in this Court on October 5, 2016, the appellate record appears to be complete. Accordingly, appellant's brief is **ORDERED** to be filed no later than **30 days** of the date of this Order. *See* TEX. R. APP. P. 2, 38.6(a)(2). Appellee's brief, if any, is **ORDERED** to be filed no later than **30 days** from the filing of appellant's brief. *See id.* 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                              ☒ Acting individually
Date: November 8, 2016